# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA



| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>     vs.<br><br>CARLOS RUIZ-PEREZ,<br><br>              Defendant. | CASE NO. 11CR3165-JLS<br><br>**JUDGMENT OF DISMISSAL** |

        IT APPEARING that the defendant is now entitled to be discharged for the reason that:

__X__   an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

____    the Court has dismissed the case for unnecessary delay; or

____    the Court has granted the motion of the Government for dismissal; or

____    the Court has granted the motion of the defendant for a judgment of acquittal; or

____    a jury has been waived, and the Court has found the defendant not guilty; or

____    the jury has returned its verdict, finding the defendant not guilty;

__X__   of the offense(s) as charged in the Indictment/Information:

        21 USC 841(a)(1) - Possession of Cocaine with Intent to Distribute

        IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: AUGUST 24, 2011

                                        CATHY ANN BENCIVENGO
                                        UNITED STATES MAGISTRATE JUDGE